618 P.2d 321

**Ed HARROP and Thelma Harrop, husband and wife, Plaintiffs–Appellants,**

v.

**Mr. and Mrs. Robert CAMPBELL, husband and wife, and Steven Campbell, Defendants–Respondents.**

No. 13147.

Supreme Court of Idaho.

Sept. 26, 1980.

Steven G. Wood, Pocatello, for plaintiffs–appellants.

James B. Green and Jim D. Pappas, Pocatello, for defendants–respondents.

PER CURIAM:

Plaintiff appellants appeal from a district court summary judgment dismissing plaintiffs' claim for damages. Plaintiff Thelma Harrop was injured while descending the front steps of defendants' home after having made a social and religious visit. The trial court concluded that there were no material issues of fact and, based upon the record presented below, ruled that the plaintiffs were "licensees" as a matter of law, relying on our decision in *Wilson v. Bogert*, 81 Idaho 535, 347 P.2d 341 (1959). The court further ruled that the defendants "violated no duty owed to plaintiffs."

We affirm. *Springer v. Pearson*, 96 Idaho 477, 531 P.2d 567 (1975). Costs to respondents.